RE C'D SEP - 5 2008
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 SEP -5 AM 11: 52

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

**United States District Court**
**For the District of Colorado**

Civil Action No. 08 - CV - 01898 ZLW-KLM

Jayhawk Café, LLC and                                   (Civil Rights)
Hui Yon Park                                                     (Class Action)
Plaintiffs

V.

Colorado Springs Liquor and Beer Licensing Board; City of Colorado Springs; Board Members Lee McCrae, Edward Pine, Robert Keel, Michael Nemeth, Michael Nester, Charles Stephens and Luke Travins, individually and in their official capacity; Kathryn Young, city, individually and in her official capacity; Michael Curran, Asst. City Attorney, individually and in his official capacity; Officer Mary Schultz, individually and in her official capacity; and Officer Kurtis Pillard, individually and in his official capacity.

Defendants

---

**Temporary Restraining Order**

---

# ORDER FOR TRO

The Court has read the verified complaint and motion for a temporary restraining order and is fully advised. The court, therefore enters the following findings and order.

1. The motion for a temporary restraining order should be granted.

2. The court finds that plaintiffs' have operated for the past four and one-half years pursuant to a preliminary injunction issued by the El Paso County District Court which continued plaintiff's temporary liquor license in full force and effect.

3. That said injunction was dissolved upon remand from the Colorado Court of Appeals on August 22, 2008.

4. That during the past four and one-half years plaintiffs have operated lawfully and without a single incident.

5. That, since August 22, 2008, plaintiff's business has dramatically declined as a direct result of plaintiff's inability to provide wine and other adult beverages to their dinner customers.

6. That the loss of sales is a direct result of plaintiff's inability to sell alcohol beverages and will result in plaintiff's imminent closure of her restaurant if the requested relief is not granted.

7. That plaintiffs employ approximately twelve to fifteen persons, including several adult relatives who will lose their livelihood if plaintiffs are not granted a TRO.

8. That plaintiffs have a substantial likelihood of prevailing at trial.

9. That neither the liquor licensing authority of Colorado Springs or anyone else will suffer any harm. In fact, the economy, the City and its citizens will benefit from plaintiff's restaurant remaining open.

## ORDER

The temporary liquor license issued by the Colorado Springs Liquor and Beer Licensing Board to Jayhawk Café, LLC and Hui Yon Park is hereby continued in full force and effect. This order shall expire on September 15, 2008.

Date: September 5, 2008

_____
District Judge