IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01898-ZLW

JAYHAWK CAFÉ, LLC, and
HUI YON PARK,

    Plaintiffs,

v.

COLORADO SPRINGS LIQUOR AND BEER LICENSING BOARD;
CITY OF COLORADO SPRINGS;
Board Members LEE McCRAE, EDWARD PINE, ROBERT KEEL, MICHAEL NEMETH, MICHAEL NESTER, CHARLES STEPHENS, and LUKE TRAVINS, individually and in their official capacity;
KATHRYN YOUNG, city Clerk, individually and in her official capacity;
MICHAEL CURRAN, Asst. City Attorney, individually and in his official capacity;
OFFICER MARY SCHULTZ, individually and in her official capacity; and
OFFICER KURTIS PILLARD, individually and in his official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: September __12__, 2008

    It is ORDERED that Plaintiff's Unopposed/Stipulated Motion To Extend Temporary Restraining Order (Doc. No. 4; Sep. 11, 2008) is granted. It is

    FURTHER ORDERED that the Court finds good cause, pursuant to Fed. R. Civ. P. 65(b)(2), to extend the Temporary Restraining Order (Doc. No. 3; Sep. 5, 2008) up to and including Friday, October 10, 2008, for the same reasons entered in the original Order. It is

    FURTHER ORDERED that a preliminary injunction hearing is set for Thursday, October 9, 2008, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.