IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 08-cv-01898-ZLW-KLM

JAYHAWK CAFÉ, LLC, and
HUI YON PARK,

      Plaintiffs,

v.

COLORADO SPRINGS LIQUOR AND BEER LICENSING BOARD;
CITY OF COLORADO SPRINGS;
Board Members LEE McCRAE, EDWARD PINE, ROBERT KEEL, MICHAEL NEMETH, MICHAEL NESTER, CHARLES STEPHENS, and LUKE TRAVINS, individually and in their official capacity;
KATHRYN YOUNG, city Clerk, individually and in her official capacity;
MICHAEL CURRAN, Asst. City Attorney, individually and in his official capacity;
OFFICER MARY SCHULTZ, individually and in her official capacity; and
OFFICER KURTIS PILLARD, individually and in his official capacity,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

      The matter before the Court is Plaintiffs' Unopposed Motion To Dismiss (Doc. No. 24).  It is

      ORDERED that Plaintiffs' Unopposed Motion To Dismiss (Doc. No. 24; Dec. 11, 2009) is granted.  It is

FURTHER ORDERED that Plaintiffs' claims against Defendants are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to pay their own attorney's fees and costs.

DATED at Denver, Colorado this 16th day of December, 2009.

BY THE COURT:

*[signature: Zita Leeson Weinshienk]*

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court